FRED KIENZLAN et al., appellants,

*v.*

BOARD OF EDUCATION OF THE BOROUGH OF KEANSBURG et al., respondents.

[Decided February 6th, 1928.]

On appeal from an order of the court of chancery.

*Messrs. McDermott, Enright & Carpenter,* for the appellants.

*Messrs. Karkus & Karkus,* for the respondent.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *100 N. J. Eq. 511.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.